UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:  CASE NO: 08-72607-CMS13
    LORINDA KAYE EDMONDS  CHAPTER 13

    DEBTOR.

## MOTION TO INCREASE DEBTOR'S PAYMENTS

Comes now C. David Cottingham, Standing Trustee, and moves that the Debtor's payments to Court be increased and says as follows:

1. On the 30th day of October, 2009, C. David Cottingham, Standing Trustee, audited the above referenced file.

2. The Debtor's payments are insufficient to pay the claims filed and should be increased to $95.00 per month.

WHEREFORE, C. David Cottingham, Standing Trustee moves that an order be entered GRANTING Trustee's Motion to Increase said Payments.

Any party in interest may file an objection to this motion. All objections must be in writing and filed within twenty-three (23) days of this date. Any objections filed will be heard by the court on the 3rd day of December, 2009, at 9:00 a.m. in the Bankruptcy Courtroom, Room 358, Federal Courthouse, Tuscaloosa, Alabama. This motion will be granted unless an objection is filed within twenty-three (23) days.

    /s/ C. David Cottingham
    C. David Cottingham, Standing Trustee

### Certificate of Service

This is to certify that I have this day served a copy of the above Motion upon the Attorney for the Debtor, and the Debtor, by mailing a copy of the same with adequate postage thereon or by electronic means when available:

LORINDA KAYE EDMONDS, P O BOX 658, MOUNDVILLE, AL 35474

DAVID H. DOWDY, 2316 UNIV BLVD, TUSCALOOSA, AL 35401

This the 2nd day of November, 2009.      /s/ C. David Cottingham
    C. David Cottingham, Standing Trustee

CDC/dib