# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Lorinda Kaye Edmonds | } | **Case No: 08-72607-CMS13** |
| SSN: XXX-XX-1307 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## COURTROOM NOTES CONTINUING

**Matter(s):** RE: Doc #45; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

**Date and Time:** Thursday, January 20, 2011 09:00 AM

**Appearances:** C David Cottingham, Trustee
David H Dowdy, attorney for Debtor

**Courtroom Deputy:** Shirley Porter

**Presiding Judge:** C. MICHAEL STILSON

**Court Notes:** CONTINUE TO 2-17-11 9:00

Date Prepared:01/21/2011