# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

Lorinda Kaye Edmonds } **Case No: 08-72607-CMS13**
SSN: XXX-XX-1307 }
  DEBTOR(S). }
}
}

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #45; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments |
| **Date and Time:** | Thursday, February 17, 2011 09:00 AM |
| **Appearances:** | C David Cottingham, Trustee<br>David H Dowdy, attorney for Debtor |
| **Courtroom Deputy:** | Shirley Porter |
| **Presiding Judge:** | C. MICHAEL STILSON |
| **Court Notes:** | CONTINUE TO 3-22-11 9:00 |

Date Prepared:02/18/2011