# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

| | |
|---|---|
| Lorinda Kaye Edmonds  }  | **Case No: 08-72607-CMS13** |
| SSN: XXX-XX-1307  } | |
| DEBTOR(S).  } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #45; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments |
| **Date and Time:** | Tuesday, March 22, 2011 09:00 AM |
| **Appearances:** | C David Cottingham, Trustee<br>David H Dowdy, attorney for Debtor |
| **Courtroom Deputy:** | Shirley Porter |
| **Presiding Judge:** | C. MICHAEL STILSON |
| **Court Notes:** | CONTINUE TO 4-21-11 9:00 |

Date Prepared: 03/23/2011