UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

IN RE:                              *
    LORINDA KAYE EDMONDS            *    Case No. 08-72607-CMS-13
                                    *
                                    *

## NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 1307(a)

The Debtor, Lorinda Kaye Edmonds, by her attorney, represents and states as follows:

1. The Debtor is no longer able to comply with her chapter 13 plan and does not desire to modify the plan.

2. The Debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

3. Under section 1307(a) of the Bankruptcy Code, the Debtor is entitled to convert her Chapter 13 case to a case under Chapter 7 at any time, and the Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the Debtor.

WHEREFORE, the Debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted this 20th day of April, 2010.

Approved:

_____
Lorinda Kaye Edmonds, Debtor

_____
David H. Dowdy (DOW-014)
Attorney for Debtor
2316 University Blvd.
Tuscaloosa, Alabama 35401
(205) 349-4887

## CERTIFICATE OF SERVICE

   I hereby certify that I have served the Bankruptcy Administrator, C. David Cottingham, Standing Trustee, and all affected creditors listed on the attached matrix, with a copy of the foregoing pleading by posting the same the date above written with sufficient postage prepaid, or by means of hand delivery.

This the 20th day of April, 2010.

                  _____
                  David H. Dowdy (DOW-014)